UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
JACQUELINE HALBIG, *et al.*,           )
                                       )
            Plaintiffs,                )
                                       )
     v.                                )     Civil Action No. 13-0623 (PLF)
                                       )
KATHLEEN SEBELIUS,                     )
  U.S. Secretary of Health and Human   )
  Services, *et al.*,                  )
                                       )
            Defendants.                )
_____ )

ORDER

  For the reasons set forth in the Opinion issued this same day, it is hereby

  ORDERED that the employer plaintiffs are dismissed from this action pursuant to

the Anti-Injunction Act, 26 U.S.C. § 7421(a); it is

  FURTHER ORDERED that the plaintiffs' motion for summary judgment [Dkt.

No. 17] is DENIED; it is

  FURTHER ORDERED that the defendants' motion for summary judgment [Dkt.

No. 49] is GRANTED.  Judgment is entered for the defendants; and it is

  FURTHER ORDERED that the Clerk of the Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

  SO ORDERED.


                                       /s/_____
                                       PAUL L. FRIEDMAN
DATE:  January 15, 2014                United States District Judge